UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:21-80492

JORDAN KUPPINGER, M.D., and
GERALD MOLLOY, M.D.,

      Plaintiffs,

v.

JM.JZ Enterprises, Inc. d/b/a COASTAL
HEALTH GROUP, a Florida Corporation,
JONN A. MCCLELLAN, MICHAEL
CUTLER, and CHEIKH ROBERTSON,

      Defendants.

_____/

## DEFENDANTS' MOTION FOR CONTINUANCE OF NOVEMBER 23, 2021 HEARING

By Paperless Order (DE 125) this Honorable Court granted Plaintiffs' request to expedite briefing with respect to Plaintiffs' Motion to Enforce the Settlement Agreement and set an in-person hearing on the motion for Tuesday November 23, 2021 at 11:00 a.m. in West Palm Beach, before Magistrate Judge Bruce E. Reinhart. Defendants' undersigned counsel is scheduled to commence a two week, specially set jury trial in *Textron Aviation, Inc., v. Lazer Air, LLC*, Case No. 2016CA009362-O in Orlando on November 22, 2021 and will be in attendance at that trial at the time the referenced hearing is presently scheduled. The personal participation by the undersigned at the hearing on Plaintiffs' Motion to Enforce the Settlement Agreement is necessary in light of issues raised in the motion relating to communications in which the undersigned was a personal participant. The personal participation by the undersigned on November 23, 2021 at the scheduled trial is also necessary as the undersigned is responsible for portions of the trial scheduled to take place at that time.

McClellan, etal. adv. Kuppinger, eta.
Case No.: 9:21-80492
Notice of Unavailability

While the corporate Defendant has co-counsel who have played an active role in the negotiations that allegedly resulted in an unspecified settlement agreement, the undersigned is the only attorney representing the interests of the individual Defendants.

For the above stated reasons, and certainly not for purposes of delay, Defendants respectfully request that the hearing scheduled for November 23, 2021 be continued to a time following completion of the conflicting trial.

We have conferred with opposing counsel and they object to the motion for continuance.

Dated: November 12, 2021            Respectfully Submitted,
       West Palm Beach, Florida

                                    */s/ John Scarola*
                                    _____
                                    JOHN SCAROLA, ESQ.
                                    Florida Bar No. 169440
                                    Email: jsx@searcylaw.com;
                                    mmccann@searcylaw.com
                                    Primary email: scarolateam@searcylaw.com
                                    Searcy Denney Scarola Barnhart & Shipley, P.A.
                                    2139 Palm Beach Lakes Boulevard
                                    West Palm Beach, FL 33409
                                    561-686-6300 Telephone
                                    561-383-9451 Fax
                                    Attorneys for Defendants, McClellan, Cutler and Robertson

McClellan, Robertson and Cutler adv. Kuppinger and Molloy
Case No. 9:21-cv-80492

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12th day of November, 2021, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF system, which will send a notice of electronic filing to all counsel of record on the Panel Attorney Service List.

*/s/ John Scarola*

JOHN SCAROLA, ESQ.