UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 9:21-80492-Civ-BER

JORDAN KUPPINGER, M.D., and
GERALD MOLLOY, M.D.,

    Plaintiffs,
v.

JM.JZ Enterprises, Inc. d/b/a COASTAL
HEALTH GROUP, a Florida Corporation,
JOHN A. MCCLELLAN, MICHAEL
CUTLER, and CHEIKH ROBERTSON,

    Defendants.
_____/

## DEFENDANTS' JOINT RESPONSE TO THIS COURT'S
## ORDER TO SHOW CAUSE [D.E. 135]

COME NOW, Defendants, JM.JZ ENTERPRISES, INC. d/b/a COASTAL HEALTH GROUP ("Coastal"), JONN A. MCCLELLAN ("McClellan"), MICHAEL CUTLER ("Cutler"), and CHEIKH ROBERTSON ("Robertson") (collectively "Defendants"), by and through the undersigned counsel, hereby file this Joint Response to this Court's Order to Show Cause [D.E. 135] and state:

1. On November 5, 2021, Plaintiffs filed their Unopposed Motion to Seal Plaintiffs' Motion to Enforce Settlement [D.E. 123] containing the following citation, "*See Roland Corp. v. InMusic Brands, Inc.*, No. 17-CV-22405, 2020 WL 10818392, at *1 (S.D. Fla. July 3, 2020) (allowing Plaintiff, on reconsideration, to file his Motion to Enforce Settlement under seal in order to protect commercially sensitive information, as well as to preserve the confidential nature of the settlement negotiations and draft settlement agreement.)"

2. On November 5, 2021, this Court entered a Paperless Order [D.E. 124] granting Plaintiffs' Unopposed Motion to Seal their Motion to Enforce Settlement.

3. Throughout the settlement negotiations, it was understood by all Parties the terms of the potential settlement agreement would remain confidential except for an exhibit containing language exonerating Defendants from the false claims raised by Plaintiffs.

4. Plaintiffs first raised the issue of sealing documents related to the settlement negotiations when Plaintiffs' counsel contacted counsel for Defendants to confer regarding the filing their Unopposed Motion to Seal Plaintiffs' Motion to Enforce Settlement [D.E. 123]. In the spirit of good faith and cooperation, Defendants represented to Plaintiffs' counsel that Defendants did not have any objection to the relief requested in [D.E. 123].

5. Relying on the argument raised in Plaintiffs' Unopposed Motion to Seal Plaintiffs' Motion to Enforce Settlement [D.E. 123] and this Court's review of Plaintiffs' Motion and Paperless Order [D.E. 124] granting same, Defendants filed their Unopposed Motion to Seal Defendants' Joint Response in Opposition to Plaintiffs' Motion to Enforce Settlement Agreement and for Sanctions [D.E. 129].

6. In light of this Court's Order [D.E. 124] granting Plaintiffs' Unopposed Motion to Seal Plaintiffs' Motion to Enforce Settlement [D.E. 123] based in part on Plaintiffs' citation to <u>Roland Corp. v. InMusic Brands, Inc.</u>, No. 17-CV-22405, 2020 WL 10818392, at *1 (S.D. Fla. July 3, 2020), Defendants incorporated the same citation in their Unopposed Motion to Seal Defendants' Joint Response in Opposition to Plaintiffs' Motion to Enforce Settlement Agreement and for Sanctions [D.E. 129]. On November 15, 2021, this Court entered a Paperless Order [D.E. 130] granting Defendant's Unopposed Motion to Seal Defendants' Joint Response in Opposition to Plaintiffs' Motion to Enforce Settlement Agreement and for Sanctions [D.E. 129].

7. Despite the settlement negotiations concerning the confidentiality of the potential settlement agreement, Defendants agree with this Court's reasoning in its Order to Show Cause [D.E. 135] "that the public should have access to judicial records."

8. Defendants' do not oppose the unsealing of all documents relating to Plaintiffs' attempt to enforce a settlement of certain, but not all, essential terms agreed upon during settlement negotiations.

**WHEREFORE**, Defendants, JM.JZ ENTERPRISES, INC. d/b/a COASTAL HEALTH GROUP, JONN A. MCCLELLAN, MICHAEL CUTLER, and CHEIKH ROBERTSON, respectfully request this Court take all actions necessary to ensure the public should have access to the judicial records relating to Plaintiffs' attempt to enforce a settlement, and for such other relief this Court deems just and proper.

**Dated:** December 9, 2021

Respectfully submitted,

**Pike & Lustig, LLP**

/s/ Andrew J. Boloy
Michael J. Pike
Florida Bar No.: 617296
Daniel Lustig
Florida Bar No.: 059225
Talina Bidwell
Florida Bar No.: 493163
Andrew J. Boloy
Florida Bar No.: 1018487
1209 N. Olive Avenue
West Palm Beach, FL 33401
Telephone: (561) 855-7585
Facsimile: (561) 855-7710
pleadings@pikelustig.com
*Attorneys for Defendant JM.JZ Enterprises, Inc.*

/s/ John Scarola
JOHN SCAROLA, ESQ.

Florida Bar No.: 169440
Email: jsx@searcylaw.com
mmccann@searcylaw.com
Primary email: scarolateam@searcylaw.com
Searcy Denney Scarola Barnhart & Shipley, P.A.
2139 Palm Beach Lakes Boulevard
West Palm Beach, FL 33409
561-686-6300 Telephone
561-383-9451  Fax
*Attorneys for Defendants, McClellan, Cutler, and Robertson and Co-Counsel for Defendant JM.JZ Enterprises, Inc.*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via electronic mail on December 9, 2021, on all counsel or parties of record identified on the Service List below.

/s/ *Andrew J. Boloy*
**Andrew J. Boloy, Esq.**

### SERVICE LIST

**Holland & Knight LLP**
Jesus E. Cuza, Esq.
Monica Castro, Esq.
701 Brickell Avenue, Suite 3300
Miami, Florida 33131
Telephone: (305) 374-8500
Jesus.cuza@hklaw.com
Monica.castro@hklaw.com

**Holland & Knight LLP**
Philip E. Rothschild, Esq.
515 East Las Olas Blvd., Suite 1200
Fort Lauderdale, Florida 33301
Telephone: (954) 468-7881
Facsimile: (954) 463-2030
phil.rothschild@hklaw.com

**Weissman & Dervishi, P.A.**
Peter A. Tappert, Esq.
One Southeast Third Avenue, Suite 1700
Miami, Florida 33131
Telephone: (305) 347-4070
Facsimile: (305) 347-4077
ptappert@wdpalaw.com
service@wdpalaw.com

**Searcy Denney Scarola Barnhart & Shipley, P.A**.
John Scarola, Esq.
2139 Palm Beach Lakes Blvd.
West Palm Beach, Florida 33409
Telephone: (561) 686-6300
Facsimile: (561) 383-9451
jsx@searcylaw.com
mmccann@searcylaw.com
scarolateam@searcylaw.com