IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

WEST PALM BEACH DIVISION

JORDAN KUPPINGER, M.D., and
GERALD MOLLOY, M.D.,

Plaintiffs,

v.                                                         Case No.: 21-cv-80492-BER

JM.JZ ENTERPRISES, INC. d/b/a Coastal
Health Group, a Florida corporation, JONN A.
MCCLELLAN, MICHAEL CUTLER, and CHEIKH
ROBERTSON,

Defendants.
_____/

## PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE REGARDING SEALED FILINGS

Plaintiffs Dr. Jordan Kuppinger and Dr. Gerald Molloy ("Plaintiffs"), by and through their undersigned counsel, respectfully file this Response to the Court's Order to Show Cause [ECF No. 135] as to why the Motion to Enforce Settlement [ECF No. 125], and related Defendants' Response [ECF No. 131] and Plaintiffs' Reply [ECF No. 133] should remain sealed.

Upon further review of the case law cited by the Court, including the recent Eleventh Circuit decision in *Callahan v. United Network for Organ Sharing*, 17 F. 4th 1356 (11th Cir. 2021) (published on November 17, 2021, after the filing of Plaintiffs' Motion to Seal the Motion to Enforce), Plaintiffs—for the reasons stated herein—now take no position on whether the filings should remain under seal.

At the time they filed the Motion to Seal, Plaintiffs intended to honor the parties' agreement that the settlement terms are confidential. *See e.g.,* ECF Nos. 125-1 at 6:25-7:1 (where Defendants' counsel represented to the Court at the Calendar Call that the terms of the settlement are

1

confidential).  However, in light of the position taken by Defendants in their Joint Response to this Court's Order to Show Cause [ECF No. 137], Plaintiffs take no position on the unsealing of the documents at issue and do not object to the unsealing of the filings.

Dated:  December 14, 2021

Respectfully submitted,

**HOLLAND & KNIGHT LLP**

<u>/s/ Philip E. Rothschild</u>
Philip E. Rothschild
Florida Bar No. 0088536
Email:  Phil.rothschild@hklaw.com
David Newman, Esq.
Florida Bar No. 107375
Email:  david.newman@hklaw.com
515 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL  33301
Telephone: (954) 525-1000
Facsimile: (954) 463-2030

and

Monica Vila Castro
Florida Bar No. 22976
Email:  Monica.castro@hklaw.com
Jesus E. Cuza
Florida Bar No.  428991
Email:  Jesus.cuza@hklaw.com
HOLLAND & KNIGHT LLP
701 Brickell Avenue, Suite 3300
Miami, FL  33131

***Attorneys for Plaintiffs***

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 14th day of December, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will serve via transmission of Notices of Electronic Filing generated by CM/ECF to all counsel of record listed below.

By: */s/Philip E. Rothschild*
Philip E. Rothschild

## SERVICE LIST

Michael J. Pike
Florida Bar No. 617296
Email: Pike@pikelustig.com
Pike & Kustig, LLP
1209 North Olive Avenue
West Palm Beach, FL 33401
*Attorneys for JM.JZ Enterprises, Inc.*
*(d/b/a Coastal Health Group)*

John Scarola
Florida Bar No 169440
JSX@searcylaw.com
2139 Palm Beach Lakes Blvd.
West Palm Beach, FL  33409
*Attorneys for Dr. John McClellan D.C.,*
*Mike Cutler, and Cheikh Robertson*


Peter A. Tappert
Florida Bar No. 27100
Ptappert@wdpalaw.com
Weissman & Dervishi, P.A.
SunTrust International Center
One Southeast Third Avenue, Suite 1700
Miami, FL  33131
*Attorneys for Defendant Cheikh Robertson*