UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-80492-BER

JORDAN KUPPINGER, M.D., and
GERALD MALLOY, M.D.

        Plaintiffs,

v.

JMJZ ENTERPRISES, INC., et. al.,

        Defendants.
_____/

## ORDER UNSEALING FILINGS

Pursuant to the Court's Order to Show Cause dated November 29, 2021 (ECF No. 135), the parties have filed notices that they do not oppose the unsealing of the documents filed in relation to Plaintiff's Motion to Enforce the Settlement Agreement. ECF Nos. 137, 138. Therefore, in accordance with the presumption that the public should have access to judicial records (*Callahan v. United Network for Organ Sharing*, 17 F.4th 1356 (11th Cir. 2021)), this Court's prior Orders granting the sealing of those documents (ECF Nos. 124, 130) are hereby **VACATED.** The Clerk of the Court is directed to **UNSEAL** the filings (including exhibits) at ECF Nos. 125, 131, and 133.

**DONE and ORDERED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 15th day of December 2021.

_____
BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE